**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01221-CV

## TCI LUNA VENTURES, LLC AND TRANSCONTINENTAL REALTY INVESTORS, INC., Appellants

### V.

## BRANCH BANKING AND TRUST COMPANY, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03653**

## ORDER

We **GRANT** appellants' March 3, 2014 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than March 25, 2014. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE